GEORGE E. STEEL and Others, Appellants, v. WASHINGTON F. NORTON and Others, Executors, etc., and Others, Respondents.— Motion denied. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

YORK BUILDING COMPANY, INC., Respondent, v. MADRAL AMUSEMENT COMPANY, INC., Appellant, and Others, Respondents and Defendants.— Motion for reargument, or for leave to appeal to the Court of Appeals, denied, without costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

MILTON ZEISLER, Appellant, v. DANDRIDGE COMPANY, INC., Respondent. —ʼMotion granted, without costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

CALEB W. CAMERON, Respondent, v. THE BROOKLYN UNION PUBLISHING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Mills, Rich and Putnam, JJ., concurred; Jenks, P. J., not voting.

JESSIE CAMPBELL, Respondent, v. WALTER W. TAYLOR, Appellant.— Order granting plaintiff's motion for judgment on the pleadings modified by relegating plaintiff to an assessment of damages, if any, by sheriff's jury, and as so modified affirmed, without costs, with leave, however, to the defendant, in case he is so advised, to serve an answer within ten days upon payment of costs of this appeal and ten dollars costs of the motion. Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. Thomas, Mills and Rich, JJ., concurred; Putnam, J., voted to reverse both orders on the ground that the complaint does not state facts sufficient to constitute a cause of action, with whom Jenks, P. J., concurred.

WILLIAM H. COYNE, Respondent, v. JAMES J. KENNEDY, Appellant.— We do not regard *Jones* v. *Weigand* (134 App. Div. 644) as an authority in the case at bar. The cases are distinguishable in that here the chauffeur was not acting in the course of his employment. He did not deviate, but he abandoned the master's service. He took the automobile out for his own purposes; he was not engaged in Mr. Kennedy's business, and was not acting within the scope of his employment when the accident happened. The judgment and order are, therefore, reversed, and the complaint unanimously dismissed, with costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

EMILY H. DALZELL, Respondent, v. THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich and Kelly, JJ., concurred; Blackmar, J., not voting.

PHOEBE A. DECKER, Respondent, v. JOHN W. McAVOY, Appellant. —Judgment and orders unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

J. P. DUFFY COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant, and JOHN J. McLAUGHLIN and Another, Respondents, and Others, Defendants.— If it had been established by the evidence, followed by proper findings of fact, that the city was justified in terminating the contract under